CALEB LOMBARD *vs.* BENJAMIN OLIVER.

A complaint for costs, on a writ which the plaintiff omits to enter, must be made at the return term.

COMPLAINT for costs, made by Oliver to the court of common pleas for the county of Barnstable, at September term 1855,

on a writ sued out by Lombard against him, returnable at April term 1855, and not then entered. *Bishop,* J. dismissed the defendant's complaint, and he appealed.

*G. Marston,* for the defendant, cited *St.* 1852, *c.* 312, § 9 ; *Gilbreth* v. *Brown,* 15 Mass. 180.

*J. M. Day,* for the plaintiff.

By THE COURT. The complaint should have been made at the return term. The court of common pleas rightly refused to entertain it afterwards. *Judgment affirmed.*